Martin E. Rosen (108998), mrosen@bargerwolen.com
Ophir Johna (228193), ojohna@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff and Counter-Defendant Massachusetts Casualty Insurance Company and for Counter-Defendant Disability Management Services, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS CASUALTY INSURANCE COMPANY, a Massachusetts insurance company, | Case No. CV 12-4133 GHK (VBKx) |
| Plaintiff, | ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER REGARDING NON-DISCLOSURE OF CONFIDENTIAL INFORMATION |
| vs. | |
| JAMES R. KATZ, M.D., an individual, | |
| Defendant. | Complaint Filed: May 11, 2012 |
| JAMES R. KATZ, M.D., an individual, | |
| Counter-Claimant, | |
| vs. | |
| MASSACHUSETTS CASUALTY INSURANCE COMPANY, a Massachusetts insurance company, and DISABILITY MANAGEMENT SERVICES, INC., a Massachusetts corporation, | |
| Counter-Defendants. | |

**PROTECTIVE ORDER**

1

2     Good cause having been shown, the Court orders that the terms of the parties'

3 Stipulated Confidentiality Agreement and Protective Order Regarding Non-

4 Disclosure of Confidential Information shall govern the handling of such documents

5 produced or disclosed by the parties in this case.

6

7     **IT IS SO ORDERED.**

8

9

10 DATED: May 10, 2013

11

12                               /s/

13                 UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

i

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800