Martin E. Rosen (108998), mrosen@bargerwolen.com
Ophir Johna (228193), ojohna@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff and Counter-Defendant Massachusetts Casualty Insurance Company and for Counter-Defendant Disability Management Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS CASUALTY INSURANCE COMPANY, a Massachusetts insurance company,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES R. KATZ, M.D., an individual,<br><br>Defendant.<br>_____<br>JAMES R. KATZ, M.D., an individual,<br><br>Counter-Claimant,<br><br>vs.<br><br>MASSACHUSETTS CASUALTY INSURANCE COMPANY, a Massachusetts insurance company, and DISABILITY MANAGEMENT SERVICES, INC., a Massachusetts corporation,<br><br>Counter-Defendants.<br>_____ | Case No. CV 12-4133 GHK (VBKx)<br><br>ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER REGARDING NON-DISCLOSURE OF CONFIDENTIAL INFORMATION<br><br>Complaint Filed: May 11, 2012 |

**PROTECTIVE ORDER**

1

Good cause having been shown, the Court orders that the terms of the parties' Stipulated Confidentiality Agreement and Protective Order Regarding Non-Disclosure of Confidential Information shall govern the handling of such documents produced or disclosed by the parties in this case.

**IT IS SO ORDERED.**

DATED: May 10, 2013

/s/
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28